# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Crenshaw, Jr.,, Waverly D. | US District Court - Middle District of Tennessee | 05/21/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

801 Broadway
Room A-845
Nashville, TN 37203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Nashville School of Law |
| 2. | Life Member | NAACP |
| 3. | Fellow | American Bar Foundation |
| 4. | Fellow | Nashville Bar Foundation |
| 5. | Fellow | Tennessee Bar Foundation |
| 6. | Fellow | Napier-Looby Bar Foundation |
| 7. | Member | Belle Meade Country Club |
| 8. | Executor of Estate | Betty Nixon |
| 9. | Board Member | Community Foundation Middle Tennessee |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Jr.,, Waverly D. | 05/21/2018 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Jr.,, Waverly D. | 05/21/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Employment Law Council - NELC | April. 26-28, 2018 | Denver, CO | Speaker at Annual Conference | Flight and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Jr.,, Waverly D. | 05/21/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Jr.,, Waverly D. | 05/21/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage (H) | | | | | | | | | |
| 2. Federated Capital Reserve | A | Dividend | L | T | | | | | |
| 3. The Bond Fund of America | A | Dividend | M | T | Buy | 07/27/17 | L | | |
| 4. Brandes Emerging Markets Value Fund | A | Dividend | M | T | | | | | |
| 5. Davis New York Venture | E | Dividend | M | T | Buy | 01/19/17 | M | | |
| 6. Fidelity Advisor Strategic Income Fund Class C | D | Dividend | N | T | | | | | |
| 7. Fidelity Advisor Stock Selector All Cap Fund Class C | | None | | | Sold | 01/19/17 | N | D | |
| 8. Fidelity Advisor Growth Opportunities Fund Class C | E | Dividend | N | T | Buy | 01/19/17 | N | | |
| 9. Fideility Advisor Growth Opportunities Fund Class C | | None | | | Sold (part) | 07/26/17 | L | E | |
| 10. Fidelity Advisor New Insights Fund Class A | E | Dividend | M | T | | | | | |
| 11. Fidelity Advisor New Insights Fund Class C | C | Dividend | K | T | Sold (part) | 07/26/17 | M | E | |
| 12. Fundamental Investors Class C | D | Dividend | M | T | | | | | |
| 13. Fidelity Advisor Total Bond Fund Class C | C | Dividend | N | T | Buy | 06/07/17 | M | | |
| 14. Fidelity Advisor Total Bond Fund Class C | | None | | | Buy (add'l) | 07/26/17 | L | | |
| 15. Fidelity Advisor Total Bond Fund Class C | | None | | | Buy (add'l) | 07/26/17 | M | | |
| 16. Fundamental Investors Class C | E | Dividend | M | T | | | | | |
| 17. The Growth Fund of America Class C | D | Dividend | M | T | Buy | 01/19/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Jr.,, Waverly D. | 05/21/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nuveen Municipal Income Fund Inc | C | Dividend | L | T | | | | | |
| 19. Pimco All Asset Fund Class C | D | Dividend | N | T | | | | | |
| 20. Pimco Muni Income Fund II | D | Dividend | L | T | | | | | |
| 21. Pimco Income Fund Class C | E | Dividend | N | T | | | | | |
| 22. Pimco Commodities Plus Strategy Fund Class C | D | Dividend | M | T | Buy | 04/03/17 | K | | |
| 23. Small Cap World Fund Class C | D | Dividend | M | T | | | | | |
| 24. ALPS ETF TR Alerian MLP ETF | B | Distribution | K | T | Sold (part) | 10/25/17 | K | | |
| 25. ALPS ETF TR Alerian MLP ETF | | None | | | Buy | 11/27/17 | K | | |
| 26. ALPA ETF TRT Alerian MLP ETF | | None | K | T | Buy (add'l) | 12/26/17 | K | | |
| 27. Ishares Tr US Oil & Gas Expl & Production ETF | A | Dividend | K | T | Buy | 02/28/17 | K | | |
| 28. Ishares Tr US Oil & Gas Expl & Production ETF | | None | | | Buy (add'l) | 03/17/17 | K | | |
| 29. Ishares Tr US Oil & Gas Expl & Production ETF | | None | | | Buy (add'l) | 05/04/17 | K | | |
| 30. Ishares Tr US Oil & Gas Expl & Production ETF | | None | | | Sold | 10/25/17 | L | | |
| 31. Ishares Tr US Oil & Gas Expl & Production ETF | | None | | | Buy | 11/27/17 | K | | |
| 32. Localshares Invt TR Nashville Area ETF | A | Dividend | K | T | | | | | |
| 33. Select Sector SPDR TR Energy | A | Dividend | K | T | | | | | |
| 34. Blackstone/GSO Strategic CR FD | | None | | | Sold | 03/08/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Jr.,, Waverly D. | 05/21/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Capital Income Builder Fund Class A | | None | | | Sold | 01/19/17 | K | A | |
| 36. Capital Income Builder Fund Class C | | None | | | Sold | 01/19/17 | K | A | |
| 37. Davis Appreciation & Income Fund Class C | | None | | | Sold | 01/19/17 | M | B | |
| 38. Washington Mutual Investors Fund | B | Dividend | | | Buy | 01/19/17 | K | | |
| 39. Washington Mutual Investors Fund | | None | | | Sold | 07/26/17 | L | B | |
| 40. Traditional IRA (H) | | | | | | | | | |
| 41. Pershing Government Account | | None | J | T | | | | | |
| 42. Brandes Emerging Mkts Value Fund Class C | A | Dividend | L | T | | | | | |
| 43. Davis New York Venture Class A | C | Dividend | K | T | Sold (part) | 07/26/17 | L | A | |
| 44. Davis New York Venture Class C | E | Dividend | M | T | | | | | |
| 45. Europacific Growth Fund Class A | C | Dividend | L | T | | | | | |
| 46. Europacific Growth Fund Class C | B | Dividend | K | T | | | | | |
| 47. Fidelity Advisor Strategic Income Fund Class C | C | Dividend | L | T | | | | | |
| 48. Fidelity Advisor Growth Opportunities Fund Class C | D | Dividend | M | T | Sold (part) | 07/26/17 | K | A | |
| 49. Fidelity Advisor International Discovery Fund Class A | C | Dividend | L | T | | | | | |
| 50. Fidelity Adivsor New Insights Fund Class M | D | Dividend | L | T | Sold (part) | 07/26/17 | K | A | |
| 51. Fidelity Advisor New Insights Fund Class C | D | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Jr.,, Waverly D. | 05/21/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Advisor Total Bond Fund Class M | A | Dividend | L | T | Buy | 07/26/17 | L | | |
| 53. Fidelity Advisor Total Bond Fund Class C | A | Dividend | L | T | Buy | 07/26/17 | L | | |
| 54. Fundamental Investors Class C | C | Dividend | K | T | | | | | |
| 55. The Growth Fund of America Class C | C | Dividend | L | T | | | | | |
| 56. Pimco Total Return Class C | A | Dividend | L | T | | | | | |
| 57. Pimco All Asset Fund Class C | D | Dividend | M | T | | | | | |
| 58. Pimco All Asset Fund Class A | A | Dividend | J | T | | | | | |
| 59. Pimco Income Fund Class C | D | Dividend | M | T | | | | | |
| 60. Pimco Commodities Plus Strategy Fund | C | Dividend | L | T | Buy | 07/26/17 | L | | |
| 61. Washington Mutual Investors Fund Class C | C | Dividend | L | T | | | | | |
| 62. ROTH Ira (H) | | | | | | | | | |
| 63. Pershing Government Account | | None | J | T | | | | | |
| 64. Europacific Growth Fund Class F-2 | A | Dividend | K | T | | | | | |
| 65. Fidelity Advisor Strategic Incone Fund Class I | B | Dividend | K | T | | | | | |
| 66. Fidelity Advisor New Insights Fund Class I | A | Dividend | K | T | Sold (part) | 07/26/17 | J | A | |
| 67. Fundamental Investors Class F-3 | B | Dividend | K | T | Sold (part) | 07/26/17 | J | A | |
| 68. The Growth Fund of America | B | Dividend | K | T | Sold (part) | 07/26/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Jr.,, Waverly D. | 05/21/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. New World Fund Class F-2 | A | Dividend | J | T | | | | | |
| 70. Pimco Total Return Fund Institutional Class | A | Dividend | J | T | Buy | 07/26/17 | J | | |
| 71. Pimco All Asset Fund Institutional Class | B | Dividend | K | T | | | | | |
| 72. Pimco Income Fund Institutional Class | C | Dividend | K | T | Sold (part) | 08/01/17 | J | A | |
| 73. Pimco Income Fund Institutional Class | | None | | | Sold (part) | 09/05/17 | J | A | |
| 74. Pimco Income Fund Institutional Class | | None | | | Sold (part) | 10/02/17 | J | A | |
| 75. Pimco Income Fund Institutional Class | | None | | | Sold (part) | 11/02/17 | J | A | |
| 76. Pimco Income Fund Institutional Class | | None | | | Sold (part) | 12/01/17 | J | A | |
| 77. Van Eck Constant Maturity Commodity Index Fund | A | Dividend | K | T | Buy | 07/26/17 | J | | |
| 78. Washington Mutual Investors Fund Class F-2 | B | Dividend | K | T | Sold (part) | 07/26/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crenshaw, Jr.,, Waverly D. | 05/21/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Waverly D. Crenshaw, Jr.,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544